FILED
DES MOINES, IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

01 JUL 31 PM 2:28

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IA

- - - - - - - - - - - - - - - - X
ROBIN HILL,                     :
                                :
    Plaintiff,                  :
                                :
vs.                             :   Civil No. 4-98-CV-30102
                                :
KEVIN McKINLEY, MICHAEL MILLER, :
TIMOTHY SCHOPPE, BARRY THOMAS,  :   TRIAL TRANSCRIPT
JENNIFER HOLMES, MICHELLE BAHR  :
and PAUL FITZGERALD,            :   VOLUME IV
                                :
    Defendants.                 :
- - - - - - - - - - - - - - - - X

Courtroom, Second Floor
U.S. Courthouse
123 East Walnut Street
Des Moines, Iowa
Thursday, January 25, 2001
9:00 a.m.

BEFORE: The Honorable ROSS A. WALTERS, Magistrate Judge, and Jury.

COPY



EILEEN HICKS - CERTIFIED SHORTHAND REPORTER